UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BAUER,

      PLAINTIFF,          CASE NO.   06-13752

V.          HONORABLE ARTHUR J. TARNOW
       UNITED STATES DISTRICT JUDGE

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,          MAGISTRATE JUDGE
       DONALD A. SCHEER

      DEFENDANT.
                                /

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [D/E # 10], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [D/E # 8], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [D/E # 9]

      The Court having reviewed the Magistrate Judge's Report and Recommendation filed February 16, 2007, as well as the administrative record, and having received no objections,

      **IT IS HEREBY ORDERED** that the Report is **ACCEPTED AND ENTERED** as the findings and conclusions of this Court.

      As a result, the Plaintiff's Motion for Summary Judgment is **DENIED**, Defendant's Motion for Summary Judgment is **GRANTED**, and the case is **DISMISSED**.

                              s/Arthur J. Tarnow
                              Arthur J. Tarnow
                              United States District Judge

Dated:  March 14, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2007, by electronic and/or ordinary mail.

                              s/Theresa E. Taylor
                              Case Manager