UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BAUER,

      PLAINTIFF,                 CASE NO.    06-13752

v.                                    HONORABLE ARTHUR J. TARNOW
                                     UNITED STATES DISTRICT JUDGE
JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL SECURITY,     MAGISTRATE JUDGE
                                     DONALD A. SCHEER

      DEFENDANT.
                                /

## **JUDGMENT**

In accordance with the Order entered on this day,  March 14, 2007  ,

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this  14th   day of   March   , 2007.


                                    **DAVID J. WEAVER**
                                    **CLERK OF THE COURT**

                         **BY:s/sTHERESA E. TAYLOR**
                               **Deputy Clerk**

**Approved:**


s/sARTHUR J. TARNOW
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 14, 2007, by electronic and/or ordinary mail.

     s/Theresa E. Taylor
        Case Manager